IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HENDERSON LEWIS HINTON,
          Plaintiff,
         v.                                    **Judgment in a Civil Case**
ROY COOPER; ROBIN PERDERGRAFT;
PAT J. MATTHEWS; MICHAEL SUTTON;
JOHN H. BENNETT; JOSEPH E.
ZESZOTARSKI, JR.; JEANNETTE K.
DORAN,
          Defendants.                   Case Number: 5:11-CT-3039-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous because the claims are time-barred. The claim against defendant Jeanette K. Doran is DISMISSED on the basis that she is not a proper party.

<u>This Judgment Filed and Entered on October 31, 2011, with service on:</u>
Henderson Lewis Hinton 23986-056, U.S. Penitentiary, P.O. Box 33, Terre Haute, IN 47808 (via U.S. Mail)

October 31, 2011                                                         /s/ Dennis P. Iavarone
                                                                         Clerk